UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEREMY WILEY DAVIS,

    Plaintiff,

v.                                            Case No. 3:23cv9939-LC-HTC

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.
_____/

REPORT AND RECOMMENDATION

On May 11, 2023, the Court entered a scheduling order requiring Plaintiff to file a memorandum in support of his complaint within 30 days of Defendant's answer. ECF Doc. 5. The scheduling order warned Plaintiff his "failure to file such a memorandum—one which specifically addresses the claimed error(s)" would "be deemed a failure to prosecute and likely will result in a dismissal of this case with prejudice." ECF Doc. 5 at 3.

Defendant filed her answer on July 5, 2023, ECF Doc. 7, but Plaintiff failed to file the required memorandum by the August 4, 2023 deadline. Thus, on September 13, 2023, the Court ordered Plaintiff to show cause within 14 days why this case should not be dismissed due to his failure to comply with the Court's May 11 Order. To date, Plaintiff has not responded to the September 13 Order or

complied with the May 11 Order. The undersigned finds such disregard of the Court's orders to be willful and in bad faith. And given that Plaintiff is unwilling to communicate with the Court or comply with its orders, a lesser sanction than dismissal is inadequate. Moreover, the Court cannot address Plaintiff's appeal without knowing how he believes the Commissioner erred. Thus, based on the foregoing, dismissal of this case is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED due to Plaintiff's failure to prosecute and failure to comply with Court orders.

2. That the clerk close the file.

At Pensacola, Florida, this 3rd day of October, 2023.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.